IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:16-cv-00015-D

| | |
|---|---|
| CHERYL DENISE THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Court hereby awards Plaintiff $ 6,000.⁰⁰ in attorney's fees (and $400.⁰⁰ in costs) under the Equal Access to Justice Act (28 U.S.C. §2412(c) and (d)), paid to Plaintiffs attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. §3716). If there is such a debt any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED. This  10  day of May 2017.

JAMES C. DEVR III
Chief United States District Judge