UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CHERYL DENISE THOMAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 4:16-CV-15-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby awards Plaintiff $6,000.00 in attorney's fees and $400.00 in costs under the Equal Access to Justice Act (28 U.S.C. §2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. §3716). If there is such a debt any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

**This Judgment Filed and Entered on May 10, 2017, and Copies To:**

| | |
|---|---|
| Pamela Marie Henry-Mays | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
May 10, 2017　　　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk